TJ-Ei?
 
 curiam.-
 

 The executor, who is one of the defendants, — procured an order from the county court of Warren, to sell’ the slayes of the testator for the purpose pf making a division amongst the legatees, there being five negroes and six legatees s the jury have found that this, sale was conducted fairly. The executor- himself purebassd four of the negroes lor less than their value. Had the sale been for the purpose of raising money to. pay debts, there is no doubt but the purchase by the executor would be void. The general rule is, that a person entrusted by the law
 
 to
 
 sell, shall not be a purchaser: the rale is,
 
 '
 
 ' - *
 
 *109
 
 formed to prevent the frauds which a want of the rule would give birdi to. It seems to us, the sale in the present case, is
 
 v\-',’u
 
 r;;,-- reason of this rule; but v/e will take time to consider oi j.. if has been often determined, that the rule extends to sr.eriii*:. selling by execution, who cannot purchase under any form at. cli sales made by themselves ; and to executors selling io rake rro..cy for the payment of debts.